UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZHANYBEK KUBANYCHBEKOV, et al.,

                Plaintiffs,

v.

ANTHONY J. BLINKEN, et al.,

                Defendants.

23-CV-11020 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

On March 13, 2024, Plaintiff filed an amended petition for writ of mandamus, ECF No. 17, and on June 4, 2024, counsel for Defendants appeared,

IT IS HEREBY ORDERED that by **July 1, 2024**, the Plaintiff shall file a memorandum of law in support of Plaintiff's request for a writ of mandamus. The memorandum shall not exceed fifteen pages. The Government shall, by **July 22, 2024**, file a memorandum of law in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **August 5, 2024**, file any reply memorandum that shall not exceed eight pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules, available at https://nysd.uscourts.gov/hon-dale-e-ho.

    SO ORDERED.

Dated: June 10, 2024
       New York, New York

                                          DALE E. HO
                              United States District Judge