**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ZHANYBEK KUBANYCHBEKOV et al.,

                Plaintiffs,

    -against-                                 23 **CIVIL** 11020 (DEH)

                                                     **JUDGMENT**

ANTHONY J. BLINKEN et al.,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 01, 2024, the Court DISMISSES the petition for writ of mandamus as moot.

**Dated:** New York, New York

       December 02, 2024

                                                           **DANIEL ORTIZ**
                                                      **Acting Clerk of Court**

                           BY:
                                                 **Deputy Clerk**